# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Luis C. Delahoz               )
                                     )

      v.                    )         CA 13-438-M
                                       )

Citimortgage , Inc and MCM Capital   )
Homeowners Advantage Trust
                                     )

## SHOW CAUSE ORDER

The above-captioned case was filed on June 12, 2013  and has been pending at least 120 days without an answer or proof of service being filed for the remaining defendant.  On December 9, 2013 and order was issued directing plaintiffs to file a proof of service.  No such proof of service has been filed for MCM Capital Homeowners Advantage Trust.

It is now ORDERED that this action will be dismissed as to the above-named defendants  without prejudice and without costs within five (5) days unless plaintiff can show good cause as to why the case should not be dismissed.

DRI LR Cv 41.

SO ORDERED:


  /s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
March 26, 2014