UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Luis C. Delahoz )
)
vs. ) C.A. NO: 13-438-M
)
MCM Capital Homeowners )
)

ORDER

On March 26, 2014 an Order was entered directing the plaintiff to show cause within five (5) days as to why the case should not be dismissed for lack of prosecution. The time alloted having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice pursuant to DRI LR Cv 41.

SO ORDERED:

/s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
April 8, 2014